# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LATANYA TURNER,

    Plaintiff,

v.                                Case No. 3:22-cv-725-TJC-LLL

MYEYEDR. OPTOMETRY OF
FLORIDA, LLC,

    Defendant.

## **O R D E R**

Upon review of the Stipulation of Dismissal With Prejudice (Doc. 24), filed on February 6, 2023, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of February, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record